UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DARMUS J. DALTON, )<br>)<br>Defendant. ) | Criminal No. 12-1-ART<br><br>**ORDER** |

\*\*\* \*\*\* \*\*\* \*\*\*

Darmus Dalton filed a motion under 28 U.S.C. § 2255, claiming that the Court should vacate, set aside, or correct his sentence. R. 351 (motion). Magistrate Judge Hanly A. Ingram filed a thoughtful Report and Recommendation ("R&R"), finding that Dalton had failed to establish that he was entitled to relief under 28 U.S.C. § 2255. R. 422. Judge Ingram recommended that the Court deny Dalton's motion and not issue a Certificate of Appealability. *Id.* at 22. Neither party has filed any objections to the Report and Recommendation, and the time for filing any objections has expired. *See* 28 U.S.C. § 636(b)(1). Accordingly, it is **ORDERED** that Judge Ingram's R&R, R. 422, is **ADOPTED** as the opinion of the Court. The motion under 28 U.S.C. § 2255, R. 351, is **DENIED**. The Court will issue a separate judgment.

This the 26th day of January, 2016.

